# United States Court of Appeals
## For the First Circuit

_____

Nos.  23-2036
      23-2049
      23-2050
      23-2052
      23-2053
      23-2054
      23-2057

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,



THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of the Puerto Rico Electric Power Authority; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS,

Plaintiffs-Appellees/Cross-Appellants,

CORTLAND CAPITAL MARKET SERVICES LLC, as Administrative Agent; SOLA LTD.; SOLUS OPPORTUNITIES FUND 5 LP; ULTRA MASTER LTD; ULTRA NB LLC; UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC. (UTIER); SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTICA (SREAEE),

Plaintiffs-Appellees,

v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee; ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; GOLDENTREE ASSET MANAGEMENT LP; SYNCORA GUARANTEE, INC.; ALLIANCE BERNSTEIN L.P.; ARISTEIA CAPITAL, L.L.C.; CAPITAL RESEARCH AND MANAGEMENT COMPANY; COLUMBIA MANAGEMENT INVESTMENT ADVISORS, LLC; DELAWARE MANAGEMENT COMPANY, a series of Macquarie Investment Management Business Trust to the Form 2019; ELLINGTON MANAGEMENT GROUP, L.L.C.; GOLDMAN SACHS ASSET MANAGEMENT L.P.; INVESCO ADVISERS, INC.; MACKAY SHIELDS LLC; MASSACHUSETTS FINANCIAL SERVICES COMPANY; RUSSELL INVESTMENT COMPANY, on behalf of Russell Investment Company Tax-Exempt High Yield Bond Fund; SIG STRUCTURED PRODUCTS, LLC; T. ROWE PRICE; TOWER BAY ASSET MANAGEMENT,

Defendants-Appellants/Cross-Appellees,

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION; BLACK ROCK FINANCIAL MANAGEMENT, INC.; FRANKLIN ADVISERS, INC.; NUVEEN ASSET MANAGEMENT, LLC; TACONIC CAPITAL ADVISORS L.P.; WHITEBOX ADVISORS LLC,

Defendants-Appellees.

---

**ORDER OF COURT**

Entered: December 11, 2023

Before the court are four motions to expedite and/or consolidate in seven appeals from the Title III court's decisions in <u>Financial Oversight and Management Board</u> v. <u>U.S. Bank National Association, as Trustee, et al.</u>, No. 19-ap-00391-LTS, an adversary proceeding arising out of the PREPA Title III restructuring proceedings, <u>In re Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Electric Power Authority</u>, No. 17-BK-4780 (D.P.R.). The motions are resolved as follows:

Appeal Nos. 23-2036, 23-2049, 23-2050, 23-2052, 23-2053, 23-2054, and 23-2057 are hereby consolidated and expedited. Appeal Nos. 23-2050, 23-2053, and 23-2054 are cross-appeals to Appeal Nos. 23-2036, 23-2049, 23-2052, and 23-2057. The parties shall use the above caption on all filings going forward. The parties shall file their briefs according to the following schedule:

| | |
|---|---|
| Appellants' opening briefs: | December 11, 2023 |
| Appellees'/Cross-Appellants' answering/opening briefs | January 8, 2024 |
| Appellants' reply/answering | |

| | |
|---|---|
| briefs | January 18, 2024 |
| Appellees/Cross-Appellants' reply briefs | January 24, 2024 |

Oral argument will be heard in Boston on January 29, 2024 at 1:30 p.m. EST. Motions to extend will not be allowed absent grave cause. Appellants' proposal concerning the record appendix contained in footnote 1 of each motion is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sylvia M. Arizmendi-Lopez de Victoria, Nicholas Baker, Ehud Barak, Matthew S. Barr, Nicholas A. Bassett, Hermann D. Bauer-Alvarez, Robert Berezin, Martin J. Bienenstock, George Alexander Bongartz, G. Eric Brunstad Jr., Heriberto Burgos Pérez, Ricardo Burgos-Vargas, Iris Jannette Cabrera-Gomez, Alexandra C. Casellas-Cabrera, Ricardo F. Casellas-Sánchez, Juan J. Casillas-Ayala, Michael Cassel, Claudine Columbres, John K. Cunningham, Thomas J. Curtin, Margaret Antinori Dale, Luis Francisco Del-Valle-Emmanuelli, Daniel Steven Desatnik, Luc A. Despins, Maria Jennifer DiConza, Jared M. DuBosar, John T. Duffey, Mark C. Ellenberg, Rolando Emmanuelli-Jimenez, Rafael Escalera-Rodriguez, Cristina B. Fernández-Niggerman, Israel Fernandez-Rodriguez, Bryce L. Friedman, Peter M. Friedman, Fernando J. Gierbolini-González, Isaac Glassman, Jesse L. Green, Howard Robert Hawkins Jr., David A. Herman, Angela K. Herring, Eric Mark Kay, Susheel Kirpalani, Emil A. Kleinhaus, Glenn Kurtz, Thomas Lauria, Jeffrey W. Levitan, Thomas E. MacWright, Luis C. Marini-Biaggi, Richard G. Mason, Michael Charles McCarthy, Elizabeth Lemond McKeen, Jessica Esther Mendez-Colberg, Michael T. Mervis, Nancy A. Mitchell, Dora L. Monserrate, Gabriel Morgan, William J. Natbony, Zoe Negron Comas, Juan Carlos Nieves-Gonzalez, Luis A. Oliver-Fraticelli, Gabriel Luis Olivera Dubon, Rafael A. Ortiz-Mendoza, Ashley M. Pavel, William Z. Pentelovitch, Eric Perez-Ochoa, Nayda I. Perez-Roman, Diana Perez-Seda, Sarah E. Phillips, Jonathan D. Polkes, Paul V. Possinger, Lydia Margarita Ramos-Cruz, John J. Rapisardi, Jason M. Reed, Jose Ramon Rivera-Morales, Carlos R. Rivera-Ortiz, Daniel A. Salinas-Serrano, Richard James Schell-Gonzalez, Casey J. Servais, Daniel S. Shamah, Michael C. Shepherd, Elliot Rainer Stevens, Matthew Triggs, Eric A. Tulla, Carolina Velaz-Rivero, Clark T. Whitmore, Kevin Wofford, Amy R. Wolf, Stephen D. Zide, Nayuan Zouairabani-Trinidad